■
James Vincent ORLANDO, Appellant, v. UNITED STATES of America, Appellee.
No. 9608.

Circuit Court of Appeals, Sixth Circuit.
April 21, 1944.

John R. Watkins, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel; and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.

■
William H. OESTREICH, Appellant, v. UNITED STATES of America.
No. 12832.

Circuit Court of Appeals, Eighth Circuit.
Feb. 21, 1944.

William H. Oestreich, pro se.

PER CURIAM.

Leave to appellant to prosecute appeal in forma pauperis denied.

■
PHILIP R. PARK, Inc., a Corporation, Philip R. Park, Harrison H. Havner, John S. Hunt, and Philip E. Iversen, Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.
No. 10482.

Circuit Court of Appeals, Ninth Circuit.
Jan. 6, 1944.

Daniel Dougherty, of Los Angeles, Cal., for petitioner.

W. T. Kelley, Chief Counsel, F. T. C., and Joseph J. Smith, Asst. Chief Counsel, F. T. C., both of Washington, D. C., for respondent.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for modification of the order to cease and desist issued by the Federal Trade Commission herein under date of April 27, 1943, it is ordered that the order to cease and desist of the Federal Trade Commission herein be modified as stipulated to, and that a decree of this Court be filed and entered affirming and enforcing said order as so modified and that the petition of Philip R. Park, Inc., et al., for review of said order be dismissed.